UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LORENZO ROMELLO SCOTT STEPHENS,
A MINOR BY AND THROUGH HIS NEXT
BEST FRIEND AND NATURAL PARENT AND
GUARDIAN, ANGELA BURLEY                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:06CV35LR

JANNSEN PHARMACTURICA, L.P.,
AND DR. RITA K. LUM, ET AL.                                DEFENDANTS

<u>ORDER</u>

An order was entered in this cause on April 11, 2006 allowing the Langston Law Firm, P.A., to withdraw as counsel for plaintiff, and granting plaintiff thirty days "within which to have her new attorney make an appearance or to notify the clerk in writing that the Plaintiff will proceed to represent herself."  The court wrote,

> Should the Plaintiff fail to retain counsel or notify the clerk that she will represent herself, this case will be subject to dismissal.

Defendants Dr. Rita K. Lum and Sonia Ashish-Mishra, M.D., have separately moved to dismiss plaintiffs' complaint in this cause for failure to comply with the court's order of April 10.  A review of the court record reflects that plaintiff has neither complied with the court's April 10 order nor responded to defendants' motions to dismiss.  The motions to dismiss will therefore be granted.

Based on the foregoing, it is ordered that plaintiff's complaint in this cause is dismissed.

SO ORDERED this 28th day of July, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE