IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

LORENZO ROMELLO SCOTT STEPHENS,
minor, by and through his next best friend and
natural parent and guardian, ANGELA BURLEY                  PLAINTIFFS

VERSUS                                   CIVIL ACTION NO. 4:06-cv-00035-TSL-JMR

JANSSEN PHARMACEUTICA, L.P., a/k/a
JANSSEN PHARMACEUTICA PRODUCTS, L.P. a/k/a
JANSSEN PHARMACEUTICA, a/k/a
JANSSEN, L.P. a/k/a
JANSSEN PHARMACEUTICA, INC., ("Janssen"),
ELI LILLY AND COMPANY, ASTRAZENECA
PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.
("AstraZeneca", SONIA ASHISH-MISHRA, M.D.
and RITA K. LUM, M.D.                                       DEFENDANTS

---

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
---

Plaintiff, by and through his counsel and pursuant to the Federal Rules of Civil
Procedure, submits this Agreed Order of Dismissal Without Prejudice to dismiss
Defendants Janssen L.P. (f/k/a Janssen Pharmaceutica Products, L.P.) and Janssen
Pharmaceutica Inc. from this action without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that
Defendants Janssen L.P. (f/k/a Janssen Pharmaceutica Products, L.P.) and Janssen
Pharmaceutica Inc. are hereby dismissed without prejudice from this action.  All claims

by Plaintiff against Janssen L.P. (f/k/a Janssen Pharmaceutica Products, L.P.) and Janssen

Pharmaceutica Inc. are hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of March, 2007.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE


AGREED AS TO FORM AND CONTENT:


s/ Mary B. Cotton_____
MARY B. COTTON (MS Bar No. 100176)
Attorney for Plaintiff


s/ Brooks R. Buchanan_____
BROOKS R. BUCHANAN (MS Bar No. 9266)
Attorney for Defendants Janssen L.P.
and Janssen Pharmaceutica Inc.